Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Hugo Norato CASTRO |
| **Docket Number:** | 1:11CR00322 AWI |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 02/06/2008 |
| **Original Offense:** | 18 USC 922(g)(1) - Felon in Possession of a Firearm (CLASS C FELONY) |
| **Original Sentence:** | 55 mos. BOP; 36 months TSR; $100 special assessment; mandatory drug testing; no firearms; and DNA collection. |
| **Special Conditions:** | Abstain from alcohol; substance abuse testing and treatment; no association restrictions; warrantless search. |
| **Type of Supervision:** | Supervise Release |
| **Supervision Commenced:** | 05/27/2011 |
| **Assistant U.S. Attorney:** | Unassigned |
| **Defense Attorney:** | Unassigned |
| **Other Court Action:** | |
| **08/22/2011:** | Violation notification submitted to the Northern District of California notifying the Court the defendant tested positive for morphine on August 10, 2011. No formal action was recommended. The Court agreed with the recommendation. |

**RE:    Hugo Norato Castro**
        **Docket Number:  1:11CR00322 AWI**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**09/28/2011:**            Transfer of Jurisdiction from the Northern District of California to the Eastern District of California.

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

1.    The defendant shall reside and participate in a Residential Re-entry Center (RRC), Turning Point - Bakersfield for a period of up to 120 days; said placement shall commence as directed by the probation officer, pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** After the defendant's positive drug test for morphine on August 8, 2011, the probation officer intensified Mr. Castro's substance abuse counseling and testing with the hope of providing him support and tools to overcome his addiction. Yet, he continued to use morphine resulting in positive drug tests on September 8, 20, 26, 27, and October 5 and 6, 2011. When confronted about the positive tests results, he admitted to abusing morphine and apologized for using poor judgement.

As evidenced by his signature of the Waiver of Hearing form dated October 12, 2011, Mr. Castro agrees to the above-noted modification and understands his continued use of a controlled substance will not be tolerated. Therefore, it is respectfully recommended the Court modify the conditions of supervised release to include a special condition requiring the defendant to reside and participate in a RRC, Turning Point - Bakersfield, for a period of up to 120 days.

**RE:**     **Hugo Norato Castro**
       **Docket Number:  1:11CR00322 AWI**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ J. C. Hill

**J. C. Hill**
**United States Probation Officer**
Telephone:  (661) 861-4305

**DATED:**     October 20, 2011
                Bakersfield, California
                JCH: dk

**REVIEWED BY:**     /s/ Thomas A. Burgess

                         **THOMAS A. BURGESS**
                         **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( **X** )    Modification approved as recommended.
(   )    Modification not approved at this time.  Probation Officer to contact Court.
(   )    Other:

cc:    United States Probation
       Unassigned, Assistant United States Attorney
       Unassigned, Assistant Federal Defender
       Defendant
       Court File
IT IS SO ORDERED.

Dated:    October 21, 2011                                          
                                                           CHIEF UNITED STATES DISTRICT JUDGE