HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
HUGO CASTRO NORATO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:11-cr-00322 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING;  ORDER |
| vs. | |
| HUGO CASTRO NORATO, | DATE: May 5, 2014<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Anthony W. Ishii |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Michael Frye, counsel for plaintiff, and Assistant Federal Defender, Jeremy Kroger, counsel for defendant HUGO CASTRO NORATO, that the sentencing hearing currently set for April 21, 2014 at 10:00 a.m. before the Honorable Judge Anthony W. Ishii, **may be continued to May 5, 2014 at 10:00 a.m.**

Defense counsel requests this continuance in order to review Probation's sentencing memorandum with Mr. Castro.  Mr. Castro is currently housed in Bakersfield and without the requested continuance, defense counsel will not have an opportunity to review the sentencing memorandum prior to the currently-scheduled hearing.

///

///

///

|   |   |
|---|---|
| | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated:  April 14 2014 | /s/ *Michael Frye*<br>Michael Frye<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  April 14, 2014 | /s/ *Jeremy Kroger*<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>HUGO CASTRO NORATO |

## O R D E R

For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:   April 15, 2014                                    _____
                                                                              SENIOR  DISTRICT  JUDGE

HUGO CASTRO NORATO:  Stipulation to Continue Sentencing          2